**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

DuWayne M. Gorden,

   Petitioner,

v.

Commissioner of Veterans Administration,
VA Higher-Level-Review-Panel, and
John/Jane Doe,

   Respondents.

Case No. 26-CV-2545 (JMB/LIB)


**ORDER**

---

DuWayne M. Gorden, Moose Lake, MN, self-represented.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois dated June 17, 2026. (Doc. No. 10.) The R&R recommends that Petitioner DuWayne M. Gorden's Petition for Preemptory Mandamus Relief be denied and that this matter be dismissed without prejudice. (*See* Doc. No. 1.) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.  The R&R (Doc. No. 10) is ADOPTED.

2.  The Petition (Doc. No. 1) and Motion for Preemptory Mandamus Relief

(Doc. No. 3) are DENIED.

3. Petitioner's Application to Proceed in Forma Pauperis (Doc. No. 2) is DENIED AS MOOT.

4. Petitioner's Motion for Appointment of Counsel (Doc. No. 4) is DENIED AS MOOT.

5. Petitioner's Motion for Copies of All Exhibits Received by the Court from the Plaintiff (Doc. No. 11) is DENIED.

6. This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: July 8, 2026                                      /s/ *Jeffrey M. Bryan*
                                                         Judge Jeffrey M. Bryan
                                                         United States District Court