**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

DuWayne M. Gorden,

Petitioner,

v.

Commissioner of Veterans Administration; VA Higher-Level-Review-Panel; and John/Jane Doe, *VA Employees Involved*,

Respondents.

Civ. No. 26-2545 (JWB/LIB)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

---

United States Magistrate Judge Leo I. Brisbois issued a Report and Recommendation ("R&R") on June 17, 2026. (Doc. No. 10.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The June 17, 2026 Report and Recommendation (Doc. No. 10) is **ACCEPTED**.

2. Petitioner DuWayne M. Gorden's Petition and Motion for Preemptory Mandamus Relief (Doc. Nos. 1, 3) are **DENIED**.

3. This matter is **DISMISSED** without prejudice.

4. Petitioner's Application to Proceed in District Court without Prepaying

Fees or Costs (Doc. No. 2), which the Court construes as an Application to Proceed In Forma Pauperis, is **DENIED** as moot.

5. Petitioner's Motion for Appointment of Counsel (Doc. No. 4), is **DENIED** as moot.

6. Petitioner's Motion for Copies of all Exhibits (Doc. No. 11), is **GRANTED** and the Clerk of Court is directed to provide Petitioner with copies of all materials at docket numbers 1, 6, 7, and 10.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: October 20, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge